UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANTHONY ROMANO, 00-A-5352

    Plaintiff,

-v-

LISA LISSON. et al.,

    Defendants.
_____



16-CV-0081-A
**ORDER**

On October 24, 2017, the United States Court of Appeals for the Second Circuit issued a mandate vacating in part an Order of this Court, which had dismissed the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, on the grounds that the complaint failed to state a claim upon which relief can be granted. This action was remanded for further proceedings consistent with the mandate, to include allowing the plaintiff an opportunity to amend the complaint. The Court of Appeals also directed this Court to appoint counsel because of the plaintiff's asserted history of mental illness and the complexity of the telephone access claim asserted in the complaint—an issue of first impression in the Second Circuit. (Docket No. 13.)

Consistent with the instructions from the Second Circuit, and pursuant to Rule 83.1(f) of the Local Rules of Civil Procedure, which provides as follows:

> Every member of the bar of this Court who maintains, or whose firm maintains, an office in this District, shall be available upon the Court's request for appointment to represent or assist in the representation of indigent parties. Appointments under this Rule shall be made in a manner such that no Member shall be requested to accept more than one appointment during any twelve-month period,

the Court assigns Kevin G. Cope, Esq. of Webster Szanyi LLP, 1400 Liberty Building, Buffalo, New York 14202, *pro bono*, to faithfully and diligently represent the plaintiff in this case.

1

The Clerk of the Court is directed to copy that portion of the file in this matter that is not currently available through PACER on the Court's Case Management/Electronic Case Management System, if any, and send it to Mr. Cope, together with a copy of this order and the Guidelines Governing Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel.[1] The Clerk of the Court is also directed to take all steps necessary to ensure that PACER waive its fees so that *pro bono* counsel can access and print at no cost to him or his firm any other documents filed herein that he may need.

Plaintiff Romano's *pro bono* counsel shall file an amended complaint, consistent with the mandate of the Second Circuit, no later than **May 4, 2018**. If *pro bono* counsel has issues scheduling, or conducting, confidential telephone or other communications with the plaintiff, he may file a motion requesting an order that addresses such concerns.

**SO ORDERED.**

_____
Richard J. Arcara
United States District Judge

DATED: February 20, 2018
Buffalo, NY

---

[1] This information and the forms are also available on the Court's web site, at the Attorney Information link, from the home page located at: http://www.nywd.uscourts.gov//pro-bono-program-district-court-fund.